**Dismissed and Memorandum Opinion filed August 27, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00213-CV

### SHIRLEY A. MITCHELL, Appellant

### V.

### KEVIN DALE GENTRY, Appellee

**On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause No. 2018-52902**

## MEMORANDUM OPINION

This is an appeal from a judgment signed December 12, 2018. The clerk's record was filed April 23, 2019. The reporter's record was filed April 16, 2019. No brief was filed.

On August 6, 2019, this court issued an order stating that unless appellant filed a brief on or before August 14, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, we dismiss the appeal for want of prosecution.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.